UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY STEPHENS,** : | |
| Petitioner : | CIVIL ACTION NO. 3:07-00412 |
| v. : | (JUDGE MANNION) |
| **WARDEN JAMES T. WYNDER,** : *et al.*, | |
| : | |
| Respondents | |

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Petitioner's Motion to Alter or Amend Judgement in Accordance with Rule 60(b)(6), (Doc. 38), is **DENIED**.

**(2)** As no claims remain, the Clerk of the Court is directed to mark the case **CLOSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: March 21, 2022
07-00412-01-ORDER